IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONAS SEBASTIAN JÖDICKE,<br><br>                      Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                      Defendants. | Case No. 24-cv-00360<br><br>**Judge Matthew F. Kennelly** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff JONAS SEBASTIAN JÖDICKE ("Jödicke" or "Plaintiff") against the defendants identified in the First Amended Schedule A, and using the Defendant Online Marketplace Accounts identified in the First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Jödicke having moved for entry of Default and Default Judgment against the defendants identified in the First Amended Schedule A (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Jödicke having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are

1

deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Jödicke has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Jödicke's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-302-236; VA 2-302-243; VA 2-302-230; VA 2-302-401; VA 2-302-262; VA 2-302-246; VA 2-302-429; VA 2-302-426; VA 2-302-441; VA 2-302-234; VA 2-302-259; VA 2-302-237; VA 2-302-443; VA 2-302-422; VA 2-302-248; VA 2-302-251; VA 2-302-431; VA 2-302-436; VA 2-302-256; VA 2-302-425; VA 2-302-250; VA 2-302-432; VA 2-196-134; VA 2-302-438; VA 2-302-606; VAu 1-318-176; and VA 2-333-186 (the "Jödicke Works") to residents of Illinois. In this case, Jödicke has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using infringing versions of the Jödicke Works. *See* Docket No. [15], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Jödicke Works.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. §504).

Accordingly, this Court orders that Jödicke's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this

2

Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Jödicke Works or any reproductions, unauthorized copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Jödicke product or not authorized by Jödicke to be sold in connection with the Jödicke Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Jödicke product or any other product produced by Jonas Sebastian Jödicke, that is not Jödicke's or not produced under the authorization, control, or supervision of Jödicke and approved by Jödicke for sale under the Jödicke Works;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Jödicke, or are sponsored by, approved by, or otherwise connected with Jödicke; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Jödicke, nor authorized by Jödicke to be sold or offered for sale, and which bear any of Jödicke's registered copyrights, including the Jödicke Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), and Walmart, Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Jödicke Works; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Jödicke Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Jödicke product or not authorized by Jödicke to be sold in connection with the Jödicke Works.

3. Upon Jödicke's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Jödicke Works.

4. Pursuant to 17 U.S.C. § 504 (c)(2), Jödicke is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of infringing Jödicke Works on products sold through at least the Defendant Internet Stores.

5.  Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, Temu, and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.  All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Temu, and Walmart are hereby released to Jödicke as partial payment of the above-identified damages, and Third Party Providers, including Amazon, Temu, and Walmart are ordered to release to Jödicke the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.  Until Jödicke has recovered full payment of monies owed to it by any Defaulting Defendant, Jödicke shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.  In the event that Jödicke identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Jödicke may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Jonas Sebastian Jödicke and any e-mail addresses provided for Defaulting Defendants by third parties.

9. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

This is a Default Judgment.

Dated: 2/24/2024

_____
Matthew F. Kennelly
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | WUJINZHONGSHANLING |
| 2 | MIAOPO |
| 3 | SoftHouse |
| 4 | |
| 5 | vipsk |
| 6 | rftekajhg |
| 7 | liqyyeu |
| 8 | Honest Duvet Cover |
| 9 | HBRise |
| 10 | ChangYuanShiYuJiaBaiHuoDian |
| 11 | M/X |
| 12 | La California |
| 13 | LIUGANGOO |
| 14 | chi hen |
| 15 | xinzhengshiyangshengjingluoguan |
| 16 | 潘健8668 |
| 17 | Bubunix-derect |
| 18 | BFSJAG |
| 19 | Beijing Tianyu Flying Company |
| 20 | WXHouse |
| 21 | YuJinQuan |
| 22 | XIAODONGDIAN |
| 23 | Toeawwm |
| 24 | ANXIAAN |
| 25 | gkxdedian |
| 26 | xiqifuzhuangdian |
| 27 | Beautiful mountain peak |
| 28 | zhoukoushangxingshangmaoyouxiangongsi |
| 29 | lvliangshilishiquchunlianjiajuyongpindian |
| 30 | Wotron |
| 31 | |
| 32 | WAIXINREN |
| 33 | Saierda shop |
| 34 | Miao Gui |
| 35 | |
| 36 | xindadianzi |

| | |
|---|---|
| 37 | Hugle |
| 38 | Fameskey |
| 39 | Ifan Global |
| 40 | ████ |
| 41 | HE FEI SI HAO |
| 42 | Qioumaoyi |
| 43 | shi bi chun |
| 44 | ZOOYUU |
| 45 | jingqiu |
| 46 | YUXINSHANGPIN |
| 47 | linye002 |
| 48 | Onebyone |
| 49 | ████ |
| 50 | Soimoiny 7-15 days |
| 51 | TARAKING |
| 52 | Fivedays |
| 53 | ZM-SHOP |
| 54 | caoyuhan814 |
| 55 | Toy-baby |
| 56 | A-yixian |
| 57 | Ali JOJO's store |
| 58 | dongkaizhenfangzhipin |
| 59 | Gifleeyss |
| 60 | haoerxiao |
| 61 | lupengj988 |
| 62 | guangzhoulindongmaoy |
| 63 | daotang |
| 64 | ████ |
| 65 | HGJHgj shop |
| 66 | Wangcai2588 |
| 67 | DaZhuangYuJu |
| 68 | YOMXL Delivery time: 7~10 days |
| 69 | 西咸新区沣东新城一辈子百货店 |
| 70 | Super QIQI |
| 71 | ████ |
| 72 | ████ |
| 73 | ████ |
| 74 | Takai Shop |
| 75 | FPL-BM |

| 76 | SAN REN HE |
|---|---|
| 77 | SLX-Improvement |
| 78 | 濮阳圆锭商贸有限责任公司 |
| 79 | nachunyou |
| 80 | SSJFSM |
| 81 | ZKJMSM |
| 82 | blood warrior |
| 83 | DzB188 |
| 84 | hi!custom |
| 85 | |
| 86 | |
| 87 | 清狄宁电子商务有限公司 |
| 88 | loigse |
| 89 | jinlong10010101 |
| 90 | LinXianLaoWangWuJinTieQiDian |
| 91 | GGLL SHOP |
| 92 | HeJinShiLuJiDiXiaoXiaoDengJuDian |
| 93 | XinShengWuJin |
| 94 | |
| 95 | anqingshifeileidianzishangwuyouxianzerengongsi |
| 96 | AAAACYB |
| 97 | Super Thai Trade |
| 98 | |
| 99 | Yuehuas |
| 100 | DNETYLZX |
| 101 | 2Goods4U |
| 102 | yunying138 |
| 103 | COVPAW |
| 104 | ZIUKENR |
| 105 | 银川兴庆区亦轩新零售工作室 |
| 106 | Worry-free search US |
| 107 | Mengend |
| 108 | henanshengjiajiafengnongyekejiyouxiangongsi |
| 109 | XiJUU |
| 110 | Nationwel |
| 111 | LUCKLU |
| 112 | PIERCARLO ZANDRINOm |
| 113 | ESSENTIAL SELECTION |
| 114 | Zenladen LLC USA |

| 115 | Oceams |
|---|---|
| 116 | VORSAKEE |
| 117 | YangHongRen |
| 118 | HEDRSDFSHOP |
| 119 |  |
| 120 | Sinzelimin |
| 121 | KONYUO |
| 122 | TRUONGDANGHUNG |
| 123 |  |
| 124 | DiJiaNong(LiaoNingSheng)WangLuoXiaoShouYouXinGongS |
| 125 | leehu13 |
| 126 | KINGWIND STORY |
| 127 | YIJIAFEIFEI'S SHOP |
| 128 | FAYAN-US |
| 129 | HeJinShiQingJianXiaoXiBaiHuoDian |
| 130 | CEVAN Store |
| 131 | wuxuhong34534 |
| 132 | xinjiezonghejingxiaobu |
| 133 | YHome Decoration |
| 134 | Xiying |
| 135 | wanlepai |
| 136 | haharangallery |
| 137 |  |
| 138 |  |
| 139 |  |
| 140 | UNZYE1 |
| 141 | Blussk |
| 142 | ningningart |
| 143 | JINGPINGBAIHUODIAN-US |
| 144 | 平遥晓转百货零售店 |
| 145 | xiangyangjinyuangu |
| 146 |  |
| 147 | Jengex |
| 148 | Joe star - department store boutiques |
| 149 | YIIJAN |
| 150 | LVLIANGSHILISHIQUGEYIBIANLISHANGDIAN |
| 151 | XHMC-Supply Company® |
| 152 | sjwa |

| 153 | MOLIANSHU-US |
|---|---|
| 154 | KaiHe |
| 155 | TaTian |
| 156 | |
| 157 | shenqiuxianmadongbaihuochaoshi |
| 158 | |
| 159 | 汽车装饰用品 |
| 160 | |
| 161 | DiGuangBaiHuoDian |
| 162 | Farida Gadimova |
| 163 | HWXKJXX |
| 164 | LRSDZSWYXGS |
| 165 | QWERwx1 |
| 166 | Yierkeji |
| 167 | GZJKFQSXDZSWGZS |
| 168 | ｘｉｎｙｕｘｕａｎ |
| 169 | Chen shi fan Arts and crafts |
| 170 | Looife US |
| 171 | |
| 172 | linlinfuyangna |
| 173 | Ufcell |
| 174 | ESSTORE |
| 175 | |
| 176 | QINGZELUN |
| 177 | MENGHANSHANGMAO |
| 178 | |
| 179 | |
| 180 | Silver shopkeeper |
| 181 | zhaowenfei Co. ltd |
| 182 | Little Ben Tiger boutique |
| 183 | Z91838'shop |
| 184 | perfect family boy |
| 185 | mingweizsh |
| 186 | Varget |
| 187 | PLUTES |
| 188 | Solido |
| 189 | The secret craftsman |
| 190 | |
| 191 | Kids cartoon clothing |