**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JONAS SEBASTIAN JÖDICKE,

     Plaintiff,                                Case No.:  1:24-cv-00360

v.                                            Judge Matthew F. Kennelly

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge M. David Weisman
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**NOTICE OF DISMISSAL**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 156 | EARVO |
| 139 | Wang Xiaoxin's shop |
| 35 | Albusever |
| 72 | Guest Ruyunlai |
| 73 | HDGuangCai |
| 123 | Angelcityus |
| 98 | HsppoYnOK |
| 94 | taiyuanshijinfengyandianzishangwuyouxiangongsi |
| 31 | GUOTENG |
| 160 | Lyetny |
| 175 | YINGBOMAOYI |
| 138 | Yuanjuhe |
| 146 | Diamonds Shopping |
| 85 | Crazy&Kate |
| 158 | Yike Jianshe |
| 171 | huangxiaoyann |
| 4 | Yzrwebo |
| 86 | sscrrtyer |
| 137 | BEUU(Deliver in 7-14 Days) |
| 40 | JiaYouGan |

| 64 | BEIRTY |
|---|---|
| 49 | Haikou Yunxianrui Trading Co., LTD |
| 119 | Tommone |
| 71 | LXJMY-US |
| 178 | Yiwu Rican EC Co., Ltd. |

DATED:  March 8, 2024                    Respectfully submitted,

_/s/ Keith A. Vogt_
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**_ATTORNEY FOR PLAINTIFF_**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 8, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt